PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT



FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

T. L. PITTMAN, JR.

Crim. No. 2:14cr26KS-MTP-001

On __11/25/2015__ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Kerrie Barron  
2017.12.22 09:55:19  
-06'00'

U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22nd__ day of __December__, __2017__.

United States District Judge